UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE

ANTHONY W. CLAY                                                                 CASE NO. 07-51741

DEBTOR(S)

ORDER

The Court having considered the Application to Pay Creditor/Claimant [ECF No. 84] filed herein on October 29, 2015, on behalf of Thomas W. Cartwright, finds said pleading should be and hereby is OVERRULED WITH PREJUDICE.  The funds were previously paid to Thomas W. Cartwright on April 23, 2012, per Order entered April 16, 2012 [ECF No. 83].

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Tracey N. Wise*
**Bankruptcy Judge**
Dated: Monday, November 09, 2015
(tnw)